UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHAQUITHIA JACKSON,**

      **Plaintiff,**

**v.**     Case No:  6:16-cv-1769-Orl-41DCI

**COMENITY BANK,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 27), wherein Plaintiff has advised the Court that the parties have reached a settlement.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2017.



Copies furnished to:

Counsel of Record